UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc., as Broadcast Licensee of the September 13, 2008 Casamayor/Marquez Program,

Plaintiff(s),

v.

Maria Ayar, et al,

Defendant(s).

CASE NO. CV 09 1563 MMC

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Wayne D. Lonstein, Esq. , an active member in good standing of the bar of ~~(please see attached sheet)~~ New York, ~~(particular court to which applicant is admitted)~~ whose business address and telephone number is Lonstein Law Office, P.C., 1 Terrace Hill, P.O. Box 351, Ellenville, New York 12428, Telephone Number (845) 647-8500 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, J & J Sports Productions, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 13, 2009

United States District Judge